**Electronically Filed
Supreme Court
SCAD-14-0000353
23-JUL-2021
10:50 AM
Dkt. 121 ORD**

SCAD-14-0000353

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

STEPHEN CARL WOODRUFF, Respondent.

---

ORIGINAL PROCEEDING
(ODC 13-003-9073)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Intermediate Court of Appeals Associate Judge Leonard,
assigned by reason of vacancy)

Upon consideration of the July 12, 2021 declaration and renewed application for reinstatement, filed by Respondent Stephen C. Woodruff, the July 19, 2021 response filed by the Office of Disciplinary Counsel, and the entire record in this matter, we conclude that Respondent Woodruff's July 12, 2021 submission is sufficient to fulfill the requirements of Rule 2.17(b)(2) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH). Therefore,

IT IS HEREBY ORDERED that Respondent Woodruff's application for reinstatement is granted.

IT IS FURTHER ORDERED that Respondent Woodruff may resume the practice of law only after contacting the Hawaiʻi State Bar Association, prior to his resumption of practice, to ensure he is in compliance with RSCH Rule 17 governing administrative registration of licensed attorneys in this jurisdiction.

DATED: Honolulu, Hawaiʻi, July 23, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Katherine G. Leonard